**Order entered December 18, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00950-CV

## IN THE INTEREST OF D.S.B. AND K.A.B., CHILDREN

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 13-11214**

# ORDER

We **DENY** appellant's December 14, 2015 motion to expedite.


/s/     DOUGLAS S. LANG
          JUSTICE